# EXHIBIT 1

Hearing Date: No hearing scheduled **This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
Location: <<CourtRoomNumber>>                    **Forms are free at ilcourts.info/forms.**
Judge: Calendar, W

**STATE OF ILLINOIS,**
**CIRCUIT COURT**

Cook                   **COUNTY**

**SUMMONS**

DELIVERED THIS _1_ DAY OF _Oct_ 20_2024_
CARLOS B. LOPEZ
CONSTABLE, PCT 5, TRAVIS COUNTY TEXAS
BY: ____

*For Court Use Only*

**FILED**
10/3/2024 9:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010583
Calendar, W
29629311

| Instructions ▼ | |
|---|---|
| Enter above the county name where the case was filed. | Paul Bondar |
| | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)* Nexstar Media Group, Inc., Gannett Co. Inc., Americans 4 Security, Inc., and ABC News, Inc. |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2024L010583

**Case Number**

## IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees*.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

---

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

| | | |
|---|---|---|
| • All criminal cases | • Administrative review cases | • Adult guardianship |
| • Detinue | • Eviction | • Foreclosure |
| • Order of protection | • Stalking no contact orders | • Civil no contact orders |
| • Divorce | • Paternity | • Small Claims |

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk: <u>2024L010583</u>

FILED DATE: 10/3/2024 9:45 AM   2024L010583

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:

*In 1a, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.*

Name *(First, Middle, Last):*  <u>Nexstar Media Group, Inc.</u>

Registered Agent's name, if any:  <u>Corporation Service Company, d/b/a CSC-Lawyers</u>

Street Address, Unit #:  <u>211 E. 7th St., Ste. 620</u>

City, State, ZIP:  <u>Austin, TX 78701</u>

Telephone: _____  Email: _____

*In 1b, enter a second address for the first Defendant/ Respondent, if you have one.*

b. If you have more than one address where Defendant/Respondent might be found, list that here:

Name *(First, Middle, Last):* _____

Street Address, Unit #: _____

City, State, ZIP: _____

Telephone: _____  Email: _____

*In 1c, check how you are sending your documents to this Defendant/ Respondent.*

c. Method of service on Defendant/Respondent:

☐ Sheriff          ☐ Sheriff outside Illinois: _____
                                                *County & State*

☐ Special process server          ☐ Licensed private detective

*Check here if you are serving more than 1 Defendant/ Respondent. Attach an Additional Defendant/ Respondent Address and Service Information form for each additional Defendant/Respondent and write the number of forms you attached.*

☐ **I am serving more than 1 Defendant/Respondent.**

I have attached _____ *Additional Defendant/Respondent Address*
                    *Number*
*and Service Information* forms.

**2. Information about the lawsuit:**

*In 2a, enter the amount of money owed to you. Check 2b if you are asking for the return of tangible personal property.*

a. Amount claimed:  $ _____

☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

**3. Contact information for the Plaintiff/Petitioner:**

*In 3, enter your complete address, telephone number, and email address, if you have one.*

Name *(First, Middle, Last):* <u>Glenn M. Kanter</u>

Street Address, Unit #:  <u>180 N. LaSalle, Ste. 2850</u>

City, State, ZIP:  <u>Chicago, IL 60601</u>

Telephone:  <u>(312) 475-9900</u>     Email:  <u>gkanter@bupdlaw.com</u>

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons.* To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: jlcourts.info/forms. |
|---|---|

*Check 4a or 4b. If Defendant/ Respondent only needs to file an Appearance and Answer/Response within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b.*

**4. Instructions for person receiving this *Summons (Defendant):***

☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address:  <u>50 W. Washington St.</u>

City, State, ZIP:  <u>Chicago, IL 60602</u>

In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.*

In **4b**, fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

☐ **b.** Attend court:

On: <u>11/27/2027</u>    at   <u>9:00</u>    ☑ a.m. ☐ p.m. in   <u>1912</u>
         *Date*             *Time*                       *Courtroom*

**In-person at:**

<u>50 W. Washington St., Chicago, IL 60602</u>
  *Courthouse Address*        *City*                    *State*      *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone:   <u>(312) 625-6799</u>
                      *Call-in number for telephone remote appearance*

By video conference:   <u>Zoom</u>
                        *Video conference website*

Meeting ID: 921 0771 7798, PW: 881878
    *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk    <u>(312) 603-5030</u>    or visit their website
                  *Circuit Clerk's phone number*

at:   <u>https://www.cookcountyclerkofcourt.org/</u>   to find out more about how to do this.
     *Website*

---

**STOP!**

The Circuit Clerk will fill in this section.

**Witness this Date:** _____

**Clerk of the Court:** _____
             10/3/2024 9:45 AM IRIS Y. MARTINEZ

---

| **STOP! The officer or process server will fill in the Date of Service** |
|---|
| **Note to officer or process server:** |

- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 40 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____

                 *(Date to be entered by an officer or process server on the copy of this*
                 *Summons left with the Defendant or other person.)*

FILED DATE: 10/3/2024 9:45 AM   2024L010683

Enter the Case Number given by the Circuit Clerk: 2024L010583

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Cook _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | Paul Bondar |
| | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>Nexstar Media Group, Inc., Gannett Co. Inc., Americans |
| | **Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

| For Court Use Only |
|---|
| |
| 2024L010583 |
| **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
   *First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
   ☐ Male   ☐ Female   ☐ Non-Binary      Approx. Age: _____   Race: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____
   And left it with: _____
                    *First, Middle, Last*
   ☐ Male   ☐ Female   ☐ Non-Binary      Approx. Age: _____   Race: _____
   and by sending a copy to this defendant in a postage-paid, sealed envelope to the
   above address on this date: _____ .

☐ On the Corporation's agent, _____
                              *First, Middle, Last*
   ☐ Male   ☐ Female   ☐ Non-Binary      Approx. Age: _____   Race: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

*FILED DATE: 10/3/2024 9:45 AM    2024L010583*

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective,** your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

_____

*Signature by:*   ☐ Sheriff

Carlos B. Lopez   ☐ Sheriff outside Illinois

Constable Pct. 5, Travis County, Texas
*County and State*

☐ Special process server

☐ Licensed private detective

_____
*Print Name*

**FEES**

Service and Return:   $ _____
Miles _____   $ _____
Total   $ _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: <<CmsHearingStart>>

FILED
9/24/2024 1:18 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010583
Calendar, W
29498814

FILED DATE: 9/24/2024 1:18 PM 2024L010583

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – LAW DIVISION**

| | |
|---|---|
| PAUL BONDAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2024L010583 |
| NEXSTAR MEDIA GROUP, INC., | ) |
| GANNETT CO., INC., AMERICANS 4 | ) |
| SECURITY, INC., and ABC NEWS, | ) |
| INC. | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

NOW COMES the Plaintiff, Paul Bondar ("Plaintiff") by and through his attorneys, Brown, Udell, Pomerantz & Delrahim, Ltd., and for his Complaint against the Defendants Nexstar Media Group, Inc. ("Nexstar"), Gannett Co. Inc. ("Gannett"), Americans 4 Security, Inc. ("Americans 4 Security") and ABC News, Inc. ("ABC" and collectively with Nexstar, Gannett, and Americans 4 Security, "Defendants"), states as follows:

## INTRODUCTION

1.      This is an action against the Defendants for defamation, invasion of privacy-false light, and tortious interference arising out of Defendants' outrageous, false, and defamatory statements regarding Plaintiff, which false and defamatory statements severely negatively impacted Plaintiff's political campaign to represent Oklahoma's Fourth Congressional District in the United States House of Representatives, as well as Plaintiff's business interests. Indeed, Defendants' false and defamatory statements included claims that Plaintiff has ties to Vladimir Putin, and that Plaintiff was not a resident of Oklahoma (which claim, if true, would have

FILED DATE: 9/24/2024 1:18 PM    2024L010583

disqualified him as a candidate). As a result of these false and defamatory statements, Plaintiff lost his primary election, lost approximately $6,000,000.00 that he personally invested in his political campaign, and suffered substantial reputational damages, in addition to other damages

## PARTIES AND JURISDICTION

2.      Plaintiff is an Oklahoma resident who owns property and a home in the state of Illinois and does significant business in the State of Illinois.

3.      On information and belief, Defendant Nexstar is a Texas corporation that does business in the state of Illinois.

4.      On information and belief, Defendant Gannett is a Delaware corporation that does business in the state of Illinois.

5.      On information and belief, Defendant Americans 4 Security is a Wisconsin corporation that does business in the state of Illinois.

6.      On information and belief, Defendant ABC is a Delaware corporation that does business in the state of Illinois.

7.      Venue is proper in this Court pursuant to Section 2-101 of the Illinois Code of Civil Procedure as this county in which some part of Plaintiff's cause of action arose or occurred.

## GENERAL ALLEGATIONS

8.      Plaintiff is an experienced and successful businessman, having founded Illinois based Bondar Insurance Group. Inc. ("Bondar Insurance"), an insurance company specializing in providing insurance to the trucking industry. Plaintiff built Bondar Insurance and served as its President for 13 years.

2

9. In 2021, before the launch of his political campaign, Plaintiff entered into an agreement to sell Bondar Insurance to a third-party buyer, Alera Group, and under said agreement, continues to serve as its Managing Partner.

10. In 2024, Plaintiff declared as a candidate for the Republican party's nomination to represent Oklahoma's Fourth Congressional District in the United States House of Representatives.

11. During the course of Plaintiff's campaign, Defendants published numerous false and defamatory statements regarding Plaintiff, including, but not limited to:

    a. On or about May 11, 2024 KFOR News ("KFOR"), owned by Defendant Nexstar and based in Oklahoma City, OK, falsely reported that it was unable to confirm if Plaintiff was an Oklahoma resident, and repeated US Rep. Tom Cole's false statement that *"Bondar doesn't live in Oklahoma at all,"*

    b. On or about May 20, 2024, Defendant Nexstar, which is the owner of Chicago-based WGN-TV, likewise falsely reported that it was unable to confirm if Plaintiff was an Oklahoma resident.

    c. On or about June 7, 2024, the Oklahoman, owned by Defendant Gannett and based in Oklahoma City, Oklahoma, published a story in which it falsely stated *"Texan seeking Rep. Cole's seat leasing condo owned by Russian singer tied to Putin, records show"* and *"A condominium leased by the Texas millionaire trying to unseat Rep. Tom Cole is owned by the family of a Russian pop star with ties to Russian President Vladimir Putin, documents obtained The Oklahoman show,"* amongst other false statements. (A true and

FILED DATE: 9/24/2024 1:18 PM  2024L010583

correct copy of the Oklahoman's June 7, 2024 article is attached hereto as Exhibit A.)

d.  Similarly, on June 18, 2024, ABC, a national news organization, published a story in which it falsely repeated allegations of ***"ties between Bondar and people connected to Russian President Vladimir Putin"***.

e.  Finally, in or about May-June 2024, Defendant Americans 4 Security nationally published commercials/ads repeating the false claims that Plaintiff owned no property in Oklahoma and had ties to Vladimir Putin. (See attached screen shot from video aired online, attached hereto as Exhibit B.)

(collectively, the "Defamatory Statements").

12.  The Defamatory Statements are false, as Plaintiff is indeed a resident of Oklahoma, and has never had any ties to Vladimir Putin.

13.  As a result of the Defamatory Statements, Plaintiff suffered significant harm, including the loss of approximately $6,000,000.00 that he personally invested in his political campaign, which culminated in a second place finish in the June 18, 2024 Oklahoma Republican Party primary.

14.  Further, as a result of WGN-TV's reporting regarding Plaintiff as well as Defendant Americans 4 Security's commercials, Alera threatened to terminate its relationship with Plaintiff and to rescind a portion of the prior sale because of the false and negative media reporting and the resulting public relations fallout and effect on Alera's stock price. Plaintiff suffered severe mental and emotional distress as a result of the same, as well as damage to his business reputation, and Plaintiff's business relationship with Alera was significantly damaged as a result of the Defamatory Statements.

4

FILED DATE: 9/24/2024 1:18 PM   2024L010583

**COUNT I**
**DEFAMATION *PER SE***

15.     Plaintiff repeats and realleges paragraphs 1 through 14 as and for his paragraph 15 herein.

16.     Defendants made false and defamatory statements regarding Plaintiff to the public at large, in form of the Defamatory Statements.

17.     The Defamatory Statements made by the Defendants were directly related to Plaintiff's business.

18.     The Defamatory Statements made by the Defendants were unprivileged statements that were made, upon information and belief, with malice and with the intent to harm Plaintiff's reputation.

19.     Defendants' Defamatory Statements concerned Plaintiff's business and called into question his reputation and trustworthiness within his professional community.

20.     As a direct and proximate result of the foregoing, Plaintiff has suffered excessive monetary damages as well as damage to his reputation.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter judgment against Defendants Nexstar, Gannett, Americans 4 Security and ABC, awarding:

A.      Compensatory, presumed, and punitive damages to Plaintiff, in an amount in excess of $10,000,000.00, resulting from Defendants' defamatory statements and actions;

B.      Costs to Plaintiff, in an amount to be proven at trial; and

C.      Such other and further relief this Court may deem just and equitable.

**COUNT II**

5

FILED DATE: 9/24/2024 1:18 PM 2024L010583

## DEFAMATION

21.     Plaintiff repeats and realleges paragraphs 1 through 14 as and for his paragraph 21 herein.

22.     Defendants made false and defamatory statements regarding Plaintiff to the public at large, in form of the Defamatory Statements.

23.     The Defamatory Statements made by the Defendants were directly related to Plaintiff's business.

24.     The Defamatory Statements made by the Defendants were unprivileged statements that were made, upon information and belief, with malice and with the intent to harm Plaintiff's reputation.

25.     As a direct and proximate result of the foregoing, Plaintiff has suffered excessive monetary damages as well as damage to their reputations.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court enter judgment against Defendants Nexstar, Gannett, Americans 4 Security, and ABC, awarding:

A. Compensatory and punitive damages to Plaintiff, in an amount in excess of $10,000,000.00, resulting from Defendants' defamatory statements and actions;

B. Costs to Plaintiff, in an amount to be proven at trial; and

C. Such other and further relief this Court may deem just and equitable.

## COUNT III
## INVASION OF PRIVACY – FALSE LIGHT

26.     Plaintiff repeats and realleges paragraphs 1 through 14 of the General Allegations as and for his paragraph 26 herein.

27.     Defendants' Defamatory Statements placed Plaintiff in a false light before the public.

6

FILED DATE: 9/24/2024 1:18 PM    2024L010583

28.     Upon information and belief, the false light placed upon Plaintiff by the Defendants would be highly offensive to a reasonable person.

29.     Upon information and belief, the Defendants acted with actual malice in placing Plaintiff in a false light before the public.

30.     Defendants knew or should have known that making such statements to the public at large would cause any recipient of the Defamatory Statements to view Plaintiffs in a false light.

31.     As a direct and proximate result of the foregoing, Plaintiff has suffered excessive monetary damages as well as damage to their reputations.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment against Defendants Nexstar, Gannett, Americans 4 Security and ABC, awarding:

A. Compensatory and punitive damages to Plaintiff, in an amount in excess of $10,000,000.00;

B. Costs to Plaintiff, in an amount to be proven at trial; and

C. Such other and further relief this Court may deem just and equitable.

### COUNT IV
### TORTIOUS INTERFERENCE PROSPECTIVE ECONOMIC ADVANTAGE
### (Against Defendant Americans 4 Security)

32.     Plaintiff repeats and realleges paragraphs 1 through 14 of the General Allegations as and for his paragraph 32 herein.

33.     Plaintiff and Alera had an existing valid business relationship after the sale of Bondar Insurance, with the parties agreeing that Plaintiff would continue to serve as Bondar Insurance's Managing Partner.

34.     Defendant Americans 4 Security was aware of Plaintiff's relationship with Alera.

FILED DATE: 9/24/2024 1:18 PM 2024L010583

35.     In 2024, Defendant Americans 4 Security ran a series of ads and commercials which, among other things, targeted Plaintiff's relationship with Alera.

36.     As a result of the actions of Americans 4 Security, and the underlying Defamatory Statements, Plaintiff's relationship with Alera was significantly damaged.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment against Defendant Americans 4 Security awarding:

A. Compensatory damages to Plaintiff, in an amount in excess of $10,000,000.00;

B. Costs to Plaintiff, in an amount to be proven at trial; and

C. Such other and further relief this Court may deem just and equitable.

Respectfully submitted,

PAUL BONDAR

By:    _/s/ Glenn M. Kanter_
               One of his attorneys

Michael S. Pomerantz
Glenn M. Kanter
**BROWN, UDELL, POMERANTZ & DELRAHIM, LTD.**
225 W. Illinois St., Suite 300
Chicago, Illinois 60654
(312) 475-9900
Email: gkanter@bupdlaw.com
Firm ID 34089

8

FILED DATE: 9/24/2024 1:18 PM   2024L010583

## **VERIFICATION**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in Plaintiff's Complaint are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____

Paul Bondar

FILED DATE: 9/24/2024 1:18 PM   2024L010583

# EXHIBIT A

FILED DATE: 9/24/2024 1:18 PM   2024L010583

**GOVERNMENT**

# Texan seeking Rep. Cole's seat leasing condo owned by Russian singer tied to Putin, records show



**M. Scott Carter**
The Oklahoman

Published 6:02 a.m. CT June 7, 2024 | Updated 6:02 a.m. CT June 7, 2024





A condominium leased by the Texas millionaire trying to unseat Rep. Tom Cole is owned by the family of a Russian pop star with ties to Russian President Vladimir Putin, documents obtained The Oklahoman show. The revelation comes at the same time many right-wing Republicans are criticizing Cole for his support of the Ukrainian government's effort to fight the Russian invasion.

FILED DATE: 9/24/2024 1:18 PM 2024L010583

Information on the Bondar Insurance Group's website lists an office in Hallandale Beach, Florida, at 1945 S Ocean Drive, unit 12. That condo is leased by Paul Bondar and his wife, Jennifer. Bondar is the Texas millionaire seeking to unseat Cole.

Records from the Broward County appraiser's office show the Florida condo is owned by Muza Marin Inc. The company's registered agent is Lioudmila Issakovitch. Issakovitch and her husband, Valerii Leontiev, are Russian pop stars with close ties to Putin.

Bondar's campaign said Bondar has no connection with Issakovitch or Leontiev. "There is no business connection," campaign spokeswoman Lisa Liebl said. "Mr. and Mrs. Bondar have no business connection with, nor even heard of, the individuals from Russia. They don't know these people."

Liebl said the business partner of Bondar's who used the Florida location has since moved out of the condo and into a different place. She said the Bondars have a contractor/business partner in a development project, which is 1212 Atlantic Properties LLC.

"The business partner leased (lives and works) from 1945 S Ocean Drive, hence why that is the address listed for the LLC. However, they lease an office space in the same building, which is the No. C12 listed on their website," Libel said. "The contractor no longer lives in unit No. 1212 and moved to another unit last year."

## Leontiev has received numerous awards from Putin

Lioudmila Issakovitch and Valerii Leontiev, whose first names are often spelled differently, recently received the Order of Friendship from Russian President Putin. Leontiev has received multiple awards from Putin including the Order of the Fatherland in 2022.

FILED DATE: 9/24/2024 1:18 PM 2024L010583

In 2020, the New York Daily News reported that Leontiev — which the paper described as "a shaggy-haired Russian pop crooner" — once sang a duet with Putin and is one of the few recipients of the Kremlin's highest civilian honor. Leontiev performed at a Trump-branded property in Florida on New Year's Eve in 2020.

## Bondar's campaign mostly self-financed

Bondar's television advertising has criticized Cole for supporting Ukraine in its fight against Russia. "Congressman Tom Cole has voted to send more than $160 billion to Ukraine. Paul Bondar opposes new Ukraine spending and wants to spend the money to seal the southern border," Bondar's television ad said.

Bondar has launched a largely self-financed campaign against Cole. While Federal Election Commission records show Bondar only raising about $30,000 for first reporting period, other FEC and Federal Communication Commission records show that Bondar is spending more than $3.3 million on television advertising in the Oklahoma City; Ada; and Wichita Falls, Texas, media markets.

Bondar told the political news service Roll Call that even if he was defeated in this race, he would be back.

"Regardless of this outcome, I am going to run a reelection campaign in 2026," Bondar said in the Roll Call interview. "Tom is 75 years old. I think people are going to quickly understand that, at some point, either really soon or not too far off, I will be the next congressman of this district, based on my level of commitment to this state."

Cole, unlike others in his party, has been a staunch backer of sustaining military aid for Ukraine and has long supported Ukrainian efforts to stop the Russian army.

FILED DATE: 9/24/2024 1:18 PM 2024L010683

## Cole: Primary like a bar fight

Cole told Roll Call, the primary was similar "to an old-fashioned bar fight."

"The guy who wins a bar fight isn't the guy with the most money, it's the guy with the most friends. And I have a lot of friends in that district," Cole told Roll Call.

Bondar, echoing the GOP's far-right wing, has opposed aid to Ukraine, saying the money should be spent on more border security.

Florida records show the property is the home to myriad business and limited liability corporations.

For example, Jennifer Bondar is registered as the manager of 1212 Atlantic Properties LLC, which lists its principal address as 1945 S. Ocean Dr. Unit No. 1212 Hallandale Beach, FL 33009. 1212 Atlantic Properties LLC was formed in 2022.

In addition, there are at least six other limited liability corporations registered at the same address as Bondar Insurance Group and 1212 Atlantic Properties.

Bondar, a self-described patriot and family man from Texas, announced that he was seeking the nomination for Oklahoma's 4th Congressional District seat earlier this year. Bondar said he now lives in Oklahoma. Bondar, who grew up in Wisconsin, spent his adult life in Illinois. He owned the Bondar Insurance Group in Oak Brook, Illinois, and moved to Texas in 2020.

Records show that Bondar holds a Texas driver's license and voted as recently as March 5 in a Texas election. His transition to Oklahoma has been quick and seems to parallel to the 2024 election cycle.

Bondar was not listed as a registered voter in Oklahoma until April 3. His Oklahoma voter registration is listed in Pontotoc County. On April 4, Bondar filed a Declaration of Candidacy with the Oklahoma Election Board, listing the

FILED DATE: 9/24/2024 1:18 PM   2024L010583

state's 4th Congressional District seat. One day later, on April 5, Bondar was issued an Oklahoma driver's license.

FILED DATE: 9/24/2024 1:18 PM   2024L010583

# EXHIBIT B

